JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,

Plaintiff,

v.

PEDRO HENRIQUE CARVALHO *et al.*,

Defendants.

Case No. 2:24-cv-04857-CBM-KS

**JUDGMENT**

Consistent with the Court's Order re: Plaintiff's Second Amended Motion for Default Judgment and Plaintiff's Motion to Dismiss Counts I and II of Plaintiff's Complaint, judgment is hereby entered in favor of Plaintiff Innovative Sports Management, Inc., d.b.a. Integrated Sports Media, and against Defendants Pedro Henrique Carvalho, individually and d/b/a Pedrocas Burguer Brazilian Restaurant a/ka Pedrocas Burguer, Edu Silva Moreira, individually and d/b/a Pedrocas Burguer Brazilian Restaurant a/k/a Pedrocas Burguer, and Esquina Brasileira LLC, an unknown business entity d/b/a Pedrocas Burguer Brazilian Restaurant a/k/a Pedrocas Burguer, in the amount of $1,000.00.

DATED: July 14, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE